# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

MATTHEW TASSONE,

        Petitioner,   :   Case No. 2:20-cv-5234

- vs -         District Judge Sarah D. Morrison
        Magistrate Judge Michael R. Merz

THE HONORABLE ELIZABETH GILL,
  Judge, Franklin County Court of Common
  Pleas, Domestic Relations Division

        :
        Respondent.

## NOTICE TO *PRO SE* PETITIONER

This habeas corpus case is before the Court on Motion to Dismiss of named Respondent Dave Yost, Attorney General of the State of Ohio, to be dismissed as a Respondent because he has neither present nor potential future custody of Petitioner (ECF No. 9). The Attorney General's Motion avers that it was served on Petitioner by regular mail on December 3, 2020. Under S. D. Ohio Civ. R. 7.2, Petitioner has until December 28, 2020, to file any opposition he may have to the Motion.

December 3, 2020.

        s/ *Michael R. Merz*
        United States Magistrate Judge

1