# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

MATTHEW TASSONE,

        Petitioner,        :        Case No. 2:20-cv-5234

  - vs -                            District Judge Sarah D. Morrison
                                    Magistrate Judge Michael R. Merz

THE HONORABLE ELIZABETH GILL,
  Judge, Franklin County Court of Common
  Pleas, Domestic Relations Division

                                  :
        Respondent.

## DECISION AND ORDER

This habeas corpus case is before the Court on Motion of Ohio Attorney General Dave Yost to dismiss him as a party respondent (ECF No. 9). Petitioner has filed a lengthy response, but concedes that the Attorney General is not a proper party Respondent in this case: "Petitioner does not oppose Mr. Yost's assertion that he is not a proper party to this case;" (ECF No. 24, PageID 383).

Accordingly, pursuant to Fed.R.Civ.P. 21, the Attorney General is dismissed as a party.

December 29, 2020.

                                                      s/ *Michael R. Merz*
                                              United States Magistrate Judge